```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX012208
Cashier ID: sq
Transaction Date: 08/14/2008
Payer Name: DAVID LARSON
----------------------------------
CIVIL FILING FEE
 For: DAVID LARSON
 Amount:        $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

08-CV-1735


A fee of $45.00 will be assessed on
any returned check.
```