IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01735-RPM-KLM

SANDI O'HARE,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.

_____

ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Kristen L. Mix is designated to conduct proceedings in this civil action as follows:

- ( X )  Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- ( X )  Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- ( X )  Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- ( X )  Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- ( X )  Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

- ( X )  Conduct a pretrial conference and enter a pretrial order.

It is ORDERED, that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED: August 15th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge