IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01735-RPM-KLM

SANDI O'HARE,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.

---

## RETURN OF SERVICE
---

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **August 15, 2008 at 12:10 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Pamela Trujillo, an employee of The Corporation Service Company, as registered agent for TRS Recovery Services, Inc., at 1560 Broadway, Suite 2090, Denver, CO, 80202.

Fee for Service of Process:  $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

    _s/ John D. Larson_____
    John D. Larson
    405 S. Cascade Avenue Ste 305
    Colorado Springs, CO 80903

Subscribed and sworn to before me this __16th__ day of August, 2008.

_s/ Derek Kruse_____
Notary Public      My Commission Expires: __6/25/2011__