IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01735-RPM-KLM

SANDI O'HARE,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties **Stipulated Motion for Entry of Protective Order** [Docket No. 14; Filed October 23, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: October 24, 2008