IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01735-RPM-KLM

SANDI O'HARE,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Compel the Defendant's Responses to the Plaintiff's Written Discovery Requests Pursuant to Fed. R. Civ. P. 33, 34, 36 and 37** [Docket No. 26; Filed December 20, 2008] (the "Motion"). The parties have fully settled the issues involved in this case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

Dated: January 14, 2009