IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01735-RPM-KLM

SANDI O'HARE,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

SO ORDERED this 27th day of January, 2009.

BY THE COURT

s/Richard P. Matsch

_____
United States District Judge